# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROSEMARY P. GEISLER | § | Case No. 13-37460 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/23/2013 .  The undersigned trustee was appointed on 09/23/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $         360,959.61

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,547.61 |
| Bank service fees | 7,446.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1] | $    351,965.34 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/29/2015  and the deadline for filing governmental claims was  03/22/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 21,297.98 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 21,297.98 , for a total compensation of $ 21,297.98 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/16/2016                        By:/s/CATHERINE STEEGE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-37460 | ABG |
| Case Name: | ROSEMARY P. GEISLER | |
| For Period Ending: | 03/16/2016 | |

| | |
|---|---|
| Judge: | A. Benjamin Goldgar |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 09/23/2013 (f) |
| 341(a) Meeting Date: | 11/12/2013 |
| Claims Bar Date: | 06/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2.  Bank of America, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Northern Trust, Joint Checking Account | 140.00 | 0.00 | | 0.00 | FA |
| 4.  Barrington Bank & Trust, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Bank of America, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Chase Bank, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Chase Bank, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 8.  Charles Schwab & Co., Inc., Brokerage Account | 274.07 | 0.00 | | 0.00 | FA |
| 9.  Bank of America, Joint Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Dell computer ($50), household furniture ($15,000) | 7,525.00 | 0.00 | | 0.00 | FA |
| 11.  CDs, artwork Location: 805 Dormy L | 3,800.00 | 0.00 | | 0.00 | FA |
| 12.  Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 13.  Ring. Costume jewelry | 65,600.00 | 0.00 | | 0.00 | FA |
| 14.  Nikon Camera | 375.00 | 0.00 | | 0.00 | FA |
| 15.  Charles Schwab & Co., Inc., Roth Contributory IRA | 858,649.10 | 0.00 | | 0.00 | FA |
| 16.  Charles Schwab & Co., Inc., Roth Contributory IRA | 0.00 | 0.00 | | 0.00 | FA |
| 17.  192,000 contingent distribution rights ("CDR") sha | Unknown | 193,437.59 | | 206,681.94 | FA |
| 18.  650,000 Class LP units (IGeisler LP) | Unknown | 0.00 | | 0.00 | FA |
| 19.  O&A Receivable | Unknown | 0.00 | | 0.00 | FA |
| 20.  Estimated 2012 federal income tax refund | Unknown | 0.00 | | 0.00 | FA |
| 21.  Rosemary P. Geisler Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Beneficiary of Ervin R Geisler Irrevocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| 23.  Contingent interest in Ervin R Geisler Trust | Unknown | 0.00 | | 0.00 | FA |
| 24.  Contingent interest in Last Will of Ervin Geisler | Unknown | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-37460 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | CATHERINE STEEGE |
| Case Name: | ROSEMARY P. GEISLER | | | | Date Filed (f) or Converted (c): | 09/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/12/2013 |
| For Period Ending: | 03/16/2016 | | | | Claims Bar Date: | 06/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Contingent right to begin claiming Social Security | Unknown | 0.00 | | 0.00 | FA |
| 26.  2003 Harley Davidson FXDL motorcycle, VIN 1HD1GDV1 | 1,750.00 | 0.00 | | 0.00 | FA |
| 27.  Pet Dog | Unknown | 0.00 | | 0.00 | FA |
| 28.  Settlor of Rosemary P. Geisler Irrevocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| 29.  VOID                              (u) | Unknown | 0.00 | | 0.00 | FA |
| 30.  Beneficiary of Luke F. Lindau Trust 2/17/2005 | 25,000.00 | 0.00 | | 25,002.67 | FA |
| 31.  Heir of Estate of Josephine R. Lindau 2/17/2005 | Unknown | 0.00 | | 0.00 | FA |
| 32.  Settlement with Debtor and Her Husband        (u) | 0.00 | 129,275.00 | | 129,275.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $964,813.17 | $322,712.59 | | $360,959.61 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims Bar Date - Review of Claims

Asset #29 voided - duplicate entry of #30 entered without knowledge of amended schedule

RE PROP #        22    --    dated 11/18/99
RE PROP #        23    --    dated 9/23/97

Initial Projected Date of Final Report (TFR): 07/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-37460 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROSEMARY P. GEISLER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9347 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4352 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/16/2016 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/14 | 30 | ROSEMARY GEISLER | Post-Petition Inheritance | 1123-000 | $25,002.67 | | $25,002.67 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.78 | $24,985.89 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.14 | $24,948.75 |
| 08/21/14 | 17 | COMDISCO INC. | Bank Serial #: | 1123-000 | $186,258.71 | | $211,207.46 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $135.32 | $211,072.14 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $303.64 | $210,768.50 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $313.35 | $210,455.15 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $302.80 | $210,152.35 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $312.41 | $209,839.94 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $311.99 | $209,527.95 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $281.36 | $209,246.59 |
| 03/17/15 | 17 | COMDISCO HOLDING COMPANY, INC. | COMDISCO | 1123-000 | $7,178.88 | | $216,425.47 |
| 03/18/15 | 3001 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $127.24 | $216,298.23 |
| 03/19/15 | 32 | ERVIN R GEISLER | Settlement with Husband Bank Serial #: | 1249-000 | $129,275.00 | | $345,573.23 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $396.81 | $345,176.42 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $496.73 | $344,679.69 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $512.44 | $344,167.25 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-37460

Case Name: ROSEMARY P. GEISLER

Trustee Name: CATHERINE STEEGE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9347

Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX4352

For Period Ending: 03/16/2016

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/15 | 3002 | LASKO, ALAN D.<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL  60606 | ACCOUNTANT FEES & EXPENSES | | | $1,239.02 | $342,928.23 |
| | | LASKO, ALAN D. | FEES & EXPENSES            ($1,225.30) | 3310-000 | | | |
| | | LASKO, ALAN D. | FEES & EXPENSES               ($13.72) | 3320-000 | | | |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $494.66 | $342,433.57 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $509.10 | $341,924.47 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $508.35 | $341,416.12 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $491.25 | $340,924.87 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $506.86 | $340,418.01 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $489.76 | $339,928.25 |
| 01/07/16 | 17 | COMDISCO, INC.<br>5600 N. River Road, Suite 800<br>Rosemont, Illinois 60018 | Sale of Stock | 1123-000 | $13,244.35 | | $353,172.60 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $505.38 | $352,667.22 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $520.53 | $352,146.69 |
| 02/29/16 | 3003 | Arthur B. Levine Company<br>Surety Bond Agents<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BOND PAYMENT | 2300-000 | | $181.35 | $351,965.34 |

COLUMN TOTALS                    $360,959.61      $8,994.27

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $13,244.35      $5,446.26

Exhibit B

| | | |
|---|---|---|
| Less: Bank Transfers/CDs | $0.00 | $0.00 |
| Subtotal | $360,959.61 | $8,994.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $360,959.61 | $8,994.27 |

Page Subtotals:                                $0.00                $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9347 - Checking Account (Non-Interest Earn | $360,959.61 | $8,994.27 | $351,965.34 |
| | $360,959.61 | $8,994.27 | $351,965.34 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $360,959.61 |
| Total Gross Receipts: | $360,959.61 |

Page Subtotals:                    $0.00        $0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-37460
Case Name: ROSEMARY P. GEISLER
Trustee Name: CATHERINE STEEGE

Balance on hand                                         $          351,965.34

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE CATHERINE STEEGE | $  21,297.98 | $  0.00 | $  21,297.98 |
| Attorney for Trustee Fees: JENNER & BLOCK | $  42,186.00 | $  0.00 | $  42,186.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK | $  2,548.52 | $  0.00 | $  2,548.52 |
| Accountant for Trustee Fees: ALAN D. LASKO | $  3,741.50 | $  1,225.30 | $  2,516.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $  43.82 | $  13.72 | $  30.10 |

Total to be paid for chapter 7 administrative expenses          $          68,578.80

Remaining Balance                                         $          283,386.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,238,027.78  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BANK OF AMERICA, N.A. | $         19,957.96 | $            0.00 | $          781.40 |
| 2 | BANK OF AMERICA NA | $         28,911.42 | $            0.00 | $        1,131.95 |
| 3 | JOHN W. COSTELLO NOT INDIVIDUALLY | $     6,926,709.89 | $            0.00 | $      271,197.68 |
| 4 | DAVIS McGRATH LLC | $        244,810.01 | $            0.00 | $        9,584.91 |
| 5 | NIXON PEABODY LLP | $         17,638.50 | $            0.00 | $          690.60 |

Total to be paid to timely general unsecured creditors        $            283,386.54

Remaining Balance        $                    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE