# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
ROSEMARY P. GEISLER § Case No. 13-37460
§
Debtor §

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on Wednesday, May 4, 2016, in Courtroom 642, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/29/2016            By: /s/ Catherine Steege
                                        Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ROSEMARY P. GEISLER § Case No. 13-37460
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 360,959.61 |
| and approved disbursements of | $ | 8,994.27 |
| leaving a balance on hand of[1] | $ | 351,965.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE CATHERINE STEEGE | $ 21,297.98 | $ 0.00 | $ 21,297.98 |
| Attorney for Trustee Fees: JENNER & BLOCK | $ 42,186.00 | $ 0.00 | $ 42,186.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK | $ 2,548.52 | $ 0.00 | $ 2,548.52 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 3,741.50 | $ 1,225.30 | $ 2,516.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 43.82 | $ 13.72 | $ 30.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 68,578.80 |
| Remaining Balance | | $ | 283,386.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,238,027.78  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | BANK OF AMERICA, N.A. | $ 19,957.96 | $ 0.00 | $ 781.40 |
| 2 | BANK OF AMERICA NA | $ 28,911.42 | $ 0.00 | $ 1,131.95 |
| 3 | JOHN W. COSTELLO NOT INDIVIDUALLY | $ 6,926,709.89 | $ 0.00 | $ 271,197.68 |
| 4 | DAVIS McGRATH LLC | $ 244,810.01 | $ 0.00 | $ 9,584.91 |
| 5 | NIXON PEABODY LLP | $ 17,638.50 | $ 0.00 | $ 690.60 |

Total to be paid to timely general unsecured creditors         $        283,386.54

Remaining Balance                                              $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Catherine Steege
                 Trustee

*CATHERINE STEEGE*
*JENNER & BLOCK*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Rosemary P. Geisler
    Debtor

Case No. 13-37460-ABG
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: mhenley                Page 1 of 2         Date Rcvd: Mar 31, 2016
                             Form ID: pdf006              Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2016.
```
db           +Rosemary P. Geisler,    805 Dormy Ln,    Chicago, IL 60010-2612
aty          +R. Scott Alsterda,    Ungaretti & Harris LLP,    70 W. Madison Street,    Suite 3500,
               Chicago, IL 60602-4283
21026143      American Express Gold,    PO Box 981535,    EL Paso TX 79998-1535
21026144     +Ann Taylor Credit Card,    PO Box 659705,    San Antonio TX 78265-9705
21285748     +Bank of America NA,    NC1-001-07-06,    Attn John Cochran,    101 N Tryon St,
               Charlotte, NC 28246-0100
21026145      Bank of America NA,    PO Box 25118,    Tampa FL 33622-5118
21219936      Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
21026146      Chase Bank Visa - United Airlines,    Cards Member Services,    PO Box 15153,
               Wilmington DE 19886-5153
21026147      Citi Advantage Master card,    Processing Center,    Des Moines IA 50363-0005
21026148     +Davis McGrath LLC,    125 S Wacker Dr,    Ste 1700,    Chicago IL 60606-4478
21026149     +John W Costello as Trustee,    c/o Edwards Wildman Palmer LLP,    225 W Wacker Ste 3000,
               Chicago IL 60606-3007
21192187     +John W. Costello not individually,     but solely as the Litigation Trustee,
               c/o Young Woolley Estrada etal,    225 West Wacker Drive Suite 3000,
               Chicago, Illinois 60606-3007
21026150      Neiman Marcus Credit Card,    PO Box 5235,    Carol Stream IL 60197-5235
23439781     +Nixon Peabody LLP,    c/o R. Scott Alsterda,    70 West Madison Street, Suite 3500,
               Chicago, IL 60602-4224
21026152     +Ungaretti & Harris LLP,    70 W Madison Street Ste 3500,    Attn S Alsterda,
               Chicago IL 60602-4283
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21026141        E-mail/Text: cio.bncmail@irs.gov Apr 01 2016 01:40:54      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
21026142        E-mail/Text: rev.bankruptcy@illinois.gov Apr 01 2016 01:41:41
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
21026140       +E-mail/Text: treasurer@lakecountyil.gov Apr 01 2016 01:40:12      Lake County Collector,
                 18 N County St,    Waukegan IL 60085-4361
21026151        E-mail/Text: bnc@nordstrom.com Apr 01 2016 01:40:44      Nordstrom Credit Card,    PO Box 79134,
                 Phoenix AZ 85062-9134
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2016 at the address(es) listed below:
```
              Catherine L Steege, ESQ    on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
               docketing@jenner.com
              Catherine L. Steege, ESQ    on behalf of Accountant Alan D Lasko & Associates csteege@jenner.com,
               csteege@ecf.epiqsystems.com
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Melissa M. Root    on behalf of Trustee Catherine L. Steege, ESQ mroot@jenner.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Defendant Rosemary P. Geisler rsalsterda@nixonpeabody.com
              R Scott Alsterda    on behalf of Debtor 1 Rosemary  Geisler rsalsterda@nixonpeabody.com
              R Scott Alsterda    on behalf of Plaintiff John  Costello rsalsterda@nixonpeabody.com
              R Scott Alsterda    on behalf of Debtor 1 Rosemary P. Geisler rsalsterda@nixonpeabody.com
              R Scott Alsterda    on behalf of Plaintiff Catherine  Steege rsalsterda@nixonpeabody.com
              Yeny C. Estrada    on behalf of Plaintiff Catherine  Steege yeny.estrada@lockelord.com,
               karen.soto@lockelord.com;ChicagoDocket@lockelord.com
```

```
District/off: 0752-1            User: mhenley             Page 2 of 2              Date Rcvd: Mar 31, 2016
                                Form ID: pdf006          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Yeny C. Estrada   on behalf of Creditor John W. Costello yeny.estrada@lockelord.com, karen.soto@lockelord.com;ChicagoDocket@lockelord.com
        Yeny C. Estrada   on behalf of Plaintiff John Costello yeny.estrada@lockelord.com, karen.soto@lockelord.com;ChicagoDocket@lockelord.com

                                                                                                   TOTAL: 13