# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| ROSEMARY P. GEISLER § | Case No. 13-37460 |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 72,164.07                              Assets Exempt: 867,649.10
*(Without deducting any secured claims)*

Total Distributions to Claimants: 283,386.54            Claims Discharged
                                                        Without Payment: 7,272,158.18

Total Expenses of Administration: 77,573.07

---

3) Total gross receipts of $ 360,959.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 360,959.61 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 124,853.89 | 124,853.89 | 77,573.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,994,132.56 | 7,521,414.32 | 7,521,414.32 | 283,386.54 |
| **TOTAL DISBURSEMENTS** | $ 6,994,132.56 | $ 7,646,268.21 | $ 7,646,268.21 | $ 360,959.61 |

4) This case was originally filed under chapter 7 on 09/23/2013 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2016          By:/s/CATHERINE STEEGE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 192,000 contingent distribution rights ("CDR") sha | 1123-000 | 206,681.94 |
| Beneficiary of Luke F. Lindau Trust 2/17/2005 | 1123-000 | 25,002.67 |
| Settlement with Debtor and Her Husband | 1249-000 | 129,275.00 |
| TOTAL GROSS RECEIPTS | | $ 360,959.61 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake County Collector 18 N. County St. Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE CATHERINE STEEGE | 2100-000 | NA | 21,297.98 | 21,297.98 | 21,297.98 |
| Arthur B. Levine Company | 2300-000 | NA | 308.59 | 308.59 | 308.59 |
| ASSOCIATED BANK | 2600-000 | NA | 7,446.66 | 7,446.66 | 7,446.66 |
| JENNER & BLOCK | 3110-000 | NA | 42,186.00 | 42,186.00 | 0.00 |
| JENNER & BLOCK LLP | 3110-000 | NA | 42,186.00 | 42,186.00 | 42,186.00 |
| JENNER & BLOCK | 3120-000 | NA | 2,548.52 | 2,548.52 | 0.00 |
| JENNER & BLOCK LLP | 3120-000 | NA | 2,548.52 | 2,548.52 | 2,548.52 |
| ALAN D. LASKO | 3310-000 | NA | 3,741.50 | 3,741.50 | 1,225.30 |
| ALAN D. LASKO | 3320-000 | NA | 43.82 | 43.82 | 13.72 |
| ALAN D. LASKO | 3410-000 | NA | 2,546.30 | 2,546.30 | 2,546.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 124,853.89 | $ 124,853.89 | $ 77,573.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Gold P.O. Box 981535 El Paso, TX 79998-1535 | | 0.00 | NA | NA | 0.00 |
| | Ann Taylor Credit Card P.O. Box 659705 San Antonio, TX 78265-9705 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank Visa - United Airlines Card Member Services P.O. Box 15153 Wilmington, DE 19886-5153 | | 0.00 | NA | NA | 0.00 |
| | CitiAdvantage MasterCard Processing Center Des Moines, IA 50363-0005 | | 0.00 | NA | NA | 0.00 |
| | Neiman Marcus Credit Card P.O. Box 5235 Carol Stream, IL 60197-5235 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom Credit Card P.O. Box 79134 Phoenix, AZ 85062-9134 | | 0.00 | NA | NA | 0.00 |
| | Ungaretti & Harris LLP 70 W Madison Street, Suite 3500 Attn: S. Alsterda Chicago, IL 60602 | | 34,130.40 | NA | NA | 0.00 |
| | BANK OF AMERICA NA | 7100-000 | NA | 1,131.95 | 1,131.95 | 1,131.95 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BANK OF AMERICA NA | 7100-000 | NA | 28,911.42 | 28,911.42 | 0.00 |
| 1 | BANK OF AMERICA, N.A. | 7100-000 | 19,839.26 | 19,957.96 | 19,957.96 | 0.00 |
|  | BANK OF AMERICA, N.A. | 7100-000 | NA | 781.40 | 781.40 | 781.40 |
|  | DAVIS McGRATH LLC | 7100-000 | NA | 9,584.91 | 9,584.91 | 9,584.91 |
| 4 | DAVIS McGRATH LLC | 7100-000 | 244,810.01 | 244,810.01 | 244,810.01 | 0.00 |
| 3 | JOHN W. COSTELLO NOT INDIVIDUALLY | 7100-000 | 6,695,352.89 | 6,926,709.89 | 6,926,709.89 | 0.00 |
|  | JOHN W. COSTELLO, AS LITIGATION TRUSTEE | 7100-000 | NA | 271,197.68 | 271,197.68 | 271,197.68 |
|  | NIXON PEABODY LLP | 7100-000 | NA | 690.60 | 690.60 | 690.60 |
| 5 | NIXON PEABODY LLP | 7100-000 | NA | 17,638.50 | 17,638.50 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,994,132.56 | $ 7,521,414.32 | $ 7,521,414.32 | $ 283,386.54 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-37460 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | ROSEMARY P. GEISLER | | | | Date Filed (f) or Converted (c): | 09/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/12/2013 |
| For Period Ending: | 06/13/2016 | | | | Claims Bar Date: | 06/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3. Northern Trust, Joint Checking Account | 140.00 | 0.00 | | 0.00 | FA |
| 4. Barrington Bank & Trust, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 6. Chase Bank, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Chase Bank, Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 8. Charles Schwab & Co., Inc., Brokerage Account | 274.07 | 0.00 | | 0.00 | FA |
| 9. Bank of America, Joint Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 10. Dell computer ($50), household furniture ($15,000) | 7,525.00 | 0.00 | | 0.00 | FA |
| 11. CDs, artwork Location: 805 Dormy L | 3,800.00 | 0.00 | | 0.00 | FA |
| 12. Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. Ring. Costume jewelry | 65,600.00 | 0.00 | | 0.00 | FA |
| 14. Nikon Camera | 375.00 | 0.00 | | 0.00 | FA |
| 15. Charles Schwab & Co., Inc., Roth Contributory IRA | 858,649.10 | 0.00 | | 0.00 | FA |
| 16. Charles Schwab & Co., Inc., Roth Contributory IRA | 0.00 | 0.00 | | 0.00 | FA |
| 17. 192,000 contingent distribution rights ("CDR") sha | Unknown | 193,437.59 | | 206,681.94 | FA |
| 18. 650,000 Class LP units (IGeisler LP) | Unknown | 0.00 | | 0.00 | FA |
| 19. O&A Receivable | Unknown | 0.00 | | 0.00 | FA |
| 20. Estimated 2012 federal income tax refund | Unknown | 0.00 | | 0.00 | FA |
| 21. Rosemary P. Geisler Living Trust | 0.00 | 0.00 | | 0.00 | FA |
| 22. Beneficiary of Ervin R Geisler Irrevocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| 23. Contingent interest in Ervin R Geisler Trust | Unknown | 0.00 | | 0.00 | FA |
| 24. Contingent interest in Last Will of Ervin Geisler | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-37460 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | ROSEMARY P. GEISLER | | | | Date Filed (f) or Converted (c): | 09/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 11/12/2013 |
| For Period Ending: | 06/13/2016 | | | | Claims Bar Date: | 06/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Contingent right to begin claiming Social Security | Unknown | 0.00 | | 0.00 | FA |
| 26. 2003 Harley Davidson FXDL motorcycle, VIN 1HD1GDV1 | 1,750.00 | 0.00 | | 0.00 | FA |
| 27. Pet Dog | Unknown | 0.00 | | 0.00 | FA |
| 28. Settlor of Rosemary P. Geisler Irrevocable Trust | 0.00 | 0.00 | | 0.00 | FA |
| 29. VOID                    (u) | Unknown | 0.00 | | 0.00 | FA |
| 30. Beneficiary of Luke F. Lindau Trust 2/17/2005 | 25,000.00 | 0.00 | | 25,002.67 | FA |
| 31. Heir of Estate of Josephine R. Lindau 2/17/2005 | Unknown | 0.00 | | 0.00 | FA |
| 32. Settlement with Debtor and Her Husband    (u) | 0.00 | 129,275.00 | | 129,275.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)          $964,813.17          $322,712.59          $360,959.61          $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claims Bar Date - Review of Claims

Asset #29 voided - duplicate entry of #30 entered without knowledge of amended schedule

RE PROP #    22   --   dated 11/18/99
RE PROP #    23   --   dated 9/23/97

Initial Projected Date of Final Report (TFR): 07/31/2015        Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TDR (10/1/2010) (Page: 9)

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-37460 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROSEMARY P. GEISLER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9347 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4352 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/14 | 30 | ROSEMARY GEISLER | Post-Petition Inheritance | 1123-000 | $25,002.67 | | $25,002.67 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.78 | $24,985.89 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $37.14 | $24,948.75 |
| 08/21/14 | 17 | COMDISCO INC. | Bank Serial #: | 1123-000 | $186,258.71 | | $211,207.46 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $135.32 | $211,072.14 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $303.64 | $210,768.50 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $313.35 | $210,455.15 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $302.80 | $210,152.35 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $312.41 | $209,839.94 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $311.99 | $209,527.95 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $281.36 | $209,246.59 |
| 03/17/15 | 17 | COMDISCO HOLDING COMPANY, INC. | COMDISCO | 1123-000 | $7,178.88 | | $216,425.47 |
| 03/18/15 | 3001 | ARTHUR B. LEVINE COMPANY 60 EAST 42ND STREET, ROOM 965 NEW YORK, NY 10165 | BOND PAYMENT | 2300-000 | | $127.24 | $216,298.23 |
| 03/19/15 | 32 | ERVIN R GEISLER | Settlement with Husband Bank Serial #: | 1249-000 | $129,275.00 | | $345,573.23 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $396.81 | $345,176.42 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $496.73 | $344,679.69 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $512.44 | $344,167.25 |
| | | | Page Subtotals: | | $347,715.26 | $3,548.01 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-37460 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROSEMARY P. GEISLER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9347 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4352 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/16/15 | 3002 | LASKO, ALAN D.<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL  60606 | ACCOUNTANT FEES & EXPENSES | | | $1,239.02 | $342,928.23 |
| | | LASKO, ALAN D. | FEES & EXPENSES                ($1,225.30) | 3310-000 | | | |
| | | LASKO, ALAN D. | FEES & EXPENSES                   ($13.72) | 3320-000 | | | |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $494.66 | $342,433.57 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $509.10 | $341,924.47 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $508.35 | $341,416.12 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $491.25 | $340,924.87 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $506.86 | $340,418.01 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $489.76 | $339,928.25 |
| 01/07/16 | 17 | COMDISCO, INC.<br>5600 N. River Road, Suite 800<br>Rosemont, Illinois 60018 | Sale of Stock | 1123-000 | $13,244.35 | | $353,172.60 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $505.38 | $352,667.22 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $520.53 | $352,146.69 |
| 02/29/16 | 3003 | Arthur B. Levine Company<br>Surety Bond Agents<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BOND PAYMENT | 2300-000 | | $181.35 | $351,965.34 |
| | | | Page Subtotals: | | $13,244.35 | $5,446.26 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-37460 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROSEMARY P. GEISLER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9347 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4352 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/16 | 3004 | TRUSTEE CATHERINE STEEGE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | $21,297.98 | $330,667.36 |
| 05/05/16 | 3005 | JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | | | $44,734.52 | $285,932.84 |
| | | JENNER & BLOCK LLP | FINAL DISTRIBUTION ($42,186.00) | 3110-000 | | | |
| | | JENNER & BLOCK LLP | FINAL DISTRIBUTION ($2,548.52) | 3120-000 | | | |
| 05/05/16 | 3006 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>Suite 1150<br>205 West Randolph Street<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION | | | $2,546.30 | $283,386.54 |
| | | ALAN D. LASKO | FINAL DISTRIBUTION ($2,516.20) | 3410-000 | | | |
| | | ALAN D. LASKO | FINAL DISTRIBUTION ($30.10) | 3410-000 | | | |
| 05/05/16 | 3007 | BANK OF AMERICA, N.A.<br>NC4-105-02-99<br>PO BOX 26012<br>GREENSBORO, NC 27420-6012 | FINAL DISTRIBUTION | 7100-000 | | $781.40 | $282,605.14 |
| 05/05/16 | 3008 | BANK OF AMERICA NA<br>NC1-001-07-06<br>ATTN: JOHN COCHRAN<br>101 N. TRYON ST.<br>CHARLOTTE, NC 28255-0001 | FINAL DISTRIBUTION | 7100-000 | | $1,131.95 | $281,473.19 |
| 05/05/16 | 3009 | JOHN W. COSTELLO, AS LITIGATION TRUSTEE<br>C/O YOUNG WOOLLEY ESTRADA, ET AL.<br>225 WEST WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION | 7100-000 | | $271,197.68 | $10,275.51 |
| 05/05/16 | 3010 | DAVIS McGRATH LLC<br>125 S WACKER DR<br>SUITE 1700<br>CHICAGO, IL 60606 | FINAL DISTRIBUTION | 7100-000 | | $9,584.91 | $690.60 |

| | | | Page Subtotals: | | $0.00 | $351,274.74 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-37460 | Trustee Name: CATHERINE STEEGE |
| Case Name: ROSEMARY P. GEISLER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9347 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4352 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/16 | 3011 | NIXON PEABODY LLP<br>C/O R. SCOTT ALSTERDA<br>70 WEST MADISON ST.<br>SUITE 3500<br>CHICAGO, IL  60602 | FINAL DISTRIBUTION | 7100-000 | | $690.60 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $360,959.61 | $360,959.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $360,959.61 | $360,959.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $360,959.61 | $360,959.61 |

Page Subtotals: $0.00   $690.60

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9347 - Checking Account (Non-Interest Earn | $360,959.61 | $360,959.61 | $0.00 |
| | $360,959.61 | $360,959.61 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $360,959.61 |
| Total Gross Receipts: | $360,959.61 |

Page Subtotals: $0.00 $0.00